```
                FILED
       CLERK, U.S. DISTRICT COURT

            DEC 27 2010

       CENTRAL DISTRICT OF CALIFORNIA
       BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>Francisco Estrada Villa<br>　　　　Defendant. | CR 05-786-CBM-15<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　　The court finds no condition or combination of conditions that will reasonably assure:

　　　(A)　(✓)　the appearance of defendant as required; and/or

　　　(B)　(✓)　the safety of any person or the community.

//　　　　(uncontested)

//

1    The court concludes:
2  A.   ( )   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5            _____
6            _____
7            _____
8            _____
9
10 (B)   (✓)   Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12            *Doubt the defendant will flee*
13            _____
14            _____
15            _____
16
17   IT IS ORDERED that defendant be detained.
18
19   DATED: 12-27-10
20
21
22
23                              _____
                                JOHN E. MCDERMOTT
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28